| | | | | |
|---|---|---|---|---|
| February 2018 STATUS REPORT ON PENDING GDLSK CASES ASSIGNED TO JUDGE AQUILINO: A draft of the schedule of case status reports was provided to each Government attorney assigned to the identified cases prior to filing for review and comment. The contents of the schedule, as filed, has been approved by Government counsel to the extent that the declared status of a case is not wholly within the plaintiff's control (*e.g.,* "stipulations are being contemplated," "proposed stipulations are being prepared", etc.). The Government accepts such statements regarding the intention or activity of the plaintiff, but cannot confirm their accuracy. | | | | |

| PLAINTIFF | CIT No. | ISSUE | No. of ENTRIES | STATUS AS OF 2/15/2017 |
|---|---|---|---|---|
| ALPINESTARS S.P.A. | 08-00367 | Value - First Sale | 12 | Stipulation under review at DOJ in case 08-00408. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 08-00407 | Value - First Sale | 11 | Stipulation under review at DOJ in case 08-00408. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 08-00408 | Value - First Sale Classification - gloves | 1 | Proposed stipulation is pending at DOJ. Plaintiff is obtaining additional information requested by the Government. |
| ALPINESTARS S.P.A. | 09-00074 | Value - First Sale | 3 | Stipulation under review at DOJ in case 08-00408. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 09-00075 | Value - First Sale | 4 | Stipulation under review at DOJ in case 08-00408. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 09-00076 | Value - First Sale | 6 | Stipulation under review at DOJ in case 08-00408. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 09-00077 | Value - First Sale | 20 | Stipulation under review at DOJ in case 08-00408. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 09-00107 | Value - First Sale | 1 | Stipulation under review at DOJ in case 08-00408. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 09-00112 | Value - First Sale Classification - gloves | 2 | Stipulation under review at DOJ in case 08-00408. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 09-00113 | Value - First Sale Classification - jackets | 4 | Stipulation under review at DOJ in case 08-00408. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 09-00114 | Value - First Sale | 5 | Stipulation under review at DOJ in case 08-00408. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 09-00115 | Value - First Sale | 15 | Stipulation under review at DOJ in case 08-00408. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 09-00131 | Value - First Sale | 19 | Stipulation under review at DOJ in case 08-00408. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 09-00147 | Value - First Sale | 10 | Stipulation under review at DOJ in case 08-00408. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 09-00176 | Value - First Sale | 4 | Stipulation under review at DOJ in case 08-00408. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 09-00178 | Value - First Sale | 17 | Stipulation under review at DOJ in case 08-00408. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 09-00179 | Value - First Sale | 5 | Stipulation under review at DOJ in case 08-00408. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 09-00319 | Value - First Sale | 14 | Stipulation under review at DOJ in case 08-00408. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 09-00320 | Value - First Sale | 5 | Stipulation under review at DOJ in case 08-00408. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 09-00321 | Value - First Sale | 2 | Stipulation under review at DOJ in case 08-00408. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 09-00322 | Value - First Sale Classification - gloves | 1 | Stipulation under review at DOJ in case 08-00408. The valuation issue is the same. |

CASES ASSIGNED TO JUDGE AQUILINO

| PLAINTIFF | CIT No. | ISSUE | No. of ENTRIES | STATUS AS OF 2/15/2017 |
|---|---|---|---|---|
| ALPINESTARS S.P.A. | 09-00388 | Value - First Sale | 6 | Stipulation under review at DOJ in case 08-00408. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 09-00389 | Value - First Sale | 12 | Stipulation under review at DOJ in case 08-00408. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 09-00393 | Value - First sale Classification - pants | 2 | Stipulation under review at DOJ in case 08-00408. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 09-00417 | Value - First Sale | 3 | Stipulation under review at DOJ in case 08-00408. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 09-00418 | Value - First Sale | 2 | Stipulation under review at DOJ in case 08-00408. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 09-00512 | Value - First Sale | 5 | Stipulation under review at DOJ in case 08-00408. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 09-00513 | Value - First Sale | 2 | Stipulation under review at DOJ in case 08-00408. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 09-00517 | Value - First Sale; Classification - gloves | 1 | Stipulation under review at DOJ in case 08-00408. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 10-00005 | Value - First Sale | 6 | Stipulation under review at DOJ in case 08-00408. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 10-00006 | Value - First Sale | 8 | Stipulation under review at DOJ in case 08-00408. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 10-00008 | Value - First Sale | 1 | Stipulation under review at DOJ in case 08-00408. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 10-00009 | Value - First sale Classification - pants | 1 | Stipulation under review at DOJ in case 08-00408. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 10-00024 | Value - First Sale | 8 | Stipulation under review at DOJ in case 08-00408. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 10-00025 | Value - First Sale | 3 | Stipulation under review at DOJ in case 08-00408. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 10-00027 | Value - First Sale; Classification - gloves | 2 | Stipulation under review at DOJ in case 08-00408. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 10-00028 | Value - First Sale | 6 | Stipulation under review at DOJ in case 08-00408. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 10-00078 | Value - First Sale; Classification - gloves | 1 | Stipulation under review at DOJ in case 08-00408. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 10-00079 | Value - First Sale; Classification - gloves | 1 | Stipulation under review at DOJ in case 08-00408. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 10-00080 | Value - First Sale | 17 | Stipulation under review at DOJ in case 08-00408. The valuation issue is the same. |
| ALPINESTARS S.P.A. | 11-00007 | Value - First Sale | 6 | Stipulation under review at DOJ in case 08-00408. The valuation issue is the same. |
| Burberry NY W/sale (BB retail) | 10-00379 | NISSHO IWAI | 323 | Stipulation sent to DOJ 3/28/2013. Plaintiff is gathering additional information requested by defendant. |
| Burberry NY W/sale (BB retail) | 11-00042 | NISSHO IWAI | 13 | Stipulation sent to DOJ 3/28/2013. Plaintiff is gathering additional information requested by defendant. |

9607011
3018-0490001
August 2017

| PLAINTIFF | CIT No. | ISSUE | No. of ENTRIES | STATUS AS OF 2/15/2017 |
|---|---|---|---|---|
| DSM Food Specialties USA, Inc. | 05-00043 | Classification - Beta Carotene in 30% oil suspension | 1 | Stipulation sent to DOJ 7/21/16 |
| DSM Nutritional Products, Inc. | 05-00578 | canthaxin | 2 | Stipulation sent to DOJ 7/15/16 |
| DSM Nutritional Products, Inc. | 06-00126 | Beta tab 20%, B-Carotene 7% | 1 | Stipulation sent to DOJ 2/11/2016. On 2/02/2018, the Government asked plaintiff to supply additional information and advised that an entry is missing from the CIT case file. |
| DSM Nutritional Products, Inc. | 06-00361 | beta tab 20% | 10 | Stipulation sent to DOJ 2/11/2016. On 2/02/2018, the Government asked plaintiff to supply additional information. |
| DSM Nutritional Products, Inc. | 06-00414 | Beta tab 20%, B-Carotene 7% | 20 | Stipulation sent to DOJ 2/11/2016. On 2/02/2018, the Government asked plaintiff to supply additional information. |
| DSM Nutritional Products, Inc. | 07-00090 | beta tab 20% | 8 | Stipulation sent to DOJ 2/11/2016. On 2/02/2018, the Government asked plaintiff to supply additional information. |
| DSM Nutritional Products, Inc. | 07-00185 | Beta tab 20%, B-Carotene 7% | 16 | Stipulation sent to DOJ 2/11/2016. On 2/02/2018, the Government asked plaintiff to supply additional information. |
| DSM Nutritional Products, Inc. | 07-00188 | beta tab 20% | 2 | Stipulation sent to DOJ 2/11/2016. On 2/02/2018, the Government asked plaintiff to supply additional information. |
| DSM Nutritional Products, Inc. | 07-00399 | beta tab 20% | 6 | Stipulation sent to DOJ 2/11/2016. On 2/02/2018, the Government asked plaintiff to supply additional information and advised that certain documents were missing from the CIT case file. |
| DSM Nutritional Products, Inc. | 07-00470 | Beta tab 20%, B-Carotene 10%, B-carotene 1% CWS, carotene nat. BC 1% CWS | 21 | Stipulation sent to DOJ 2/11/2016. On 2/02/2018, the Government asked plaintiff to supply additional information. |
| DSM Nutritional Products, Inc. | 08-00185 | Beta tab 20%, B-Carotene 10%, B-carotene 1% | 18 | Stipulation sent to DOJ 2/11/2016. On 2/02/2018, the Government asked plaintiff to supply additional information. |
| DSM Nutritional Products, Inc. | 08-00280 | beta tab 20% | 8 | Stipulation sent to DOJ 2/11/2016. On 2/02/2018, the Government asked plaintiff to supply additional information. |
| DSM Nutritional Products, Inc. | 09-00003 | ROVIMIX B2 80-SD, ROVIMIX STAY-C 35 | 1 | Stipulation sent to DOJ 6/09/2009. Supplemental information last provided to DOJ in April 2017. |
| DSM Nutritional Products, Inc. | 09-00069 | Beta tab 20%, B-Carotene 7% | 20 | Stipulation sent to DOJ 2/11/2016. On 2/02/2018, the Government asked plaintiff to supply additional information. |

| PLAINTIFF | CIT No. | ISSUE | No. of ENTRIES | STATUS AS OF 2/15/2017 |
|---|---|---|---|---|
| DSM Nutritional Products, Inc. | 09-00244 | beta tab 20% | 2 | Stipulation sent to DOJ 2/11/2016. On 2/02/2018, the Government asked plaintiff to supply additional information. |
| DSM Nutritional Products, Inc. | 09-00372 | Beta tab 20%, Beta tab 20% S | 17 | Stipulation sent to DOJ 2/11/2016. On 2/02/2018, the Government asked plaintiff to supply additional information. |
| DSM Nutritional Products, Inc. | 10-00030 | beta tab 20% | 12 | Stipulation sent to DOJ 2/11/2016. On 2/02/2018, the Government asked plaintiff to supply additional information. |
| DSM Nutritional Products, Inc. | 10-00224 | Beta tab 20%, Beta tab 20% S | 16 | Stipulation sent to DOJ 2/11/2016. On 2/02/2018, the Government asked plaintiff to supply additional information. |
| DSM Nutritional Products, Inc. | 10-00268 | ROVIMIX B2 80-SD,ROVIMIX STAY-C 35 | 6 | Stipulation sent to DOJ 6/09/2009 in case DSM 09-00003. |
| DSM Nutritional Products, Inc. | 11-00059 | ROVIMIX B2 80-SD,ROVIMIX STAY-C 35, | 8 | Stipulation sent to DOJ 6/09/2009 in case DSM 09-00003. |
| DSM Nutritional Products, Inc. | 11-00067 | Beta tab 20%, Beta tab 20% S | 18 | Stipulation sent to DOJ 2/11/2016. On 2/02/2018, the Government asked plaintiff to supply additional information. |
| DSM Nutritional Products, Inc. | 11-00287 | ROVIMIX B2 80-SD, ROVIMIX STAY-C 35 | 22 | Stipulation sent to DOJ 6/09/2009 in case DSM 09-00003. |
| DSM Nutritional Products, Inc. | 11-00288 | Beta tab 20%, Beta tab 20% S | 17 | Stipulation sent to DOJ 2/11/2016. On 2/02/2018, the Government asked plaintiff to supply additional information. |
| Express Inc. | 05-00500 | Classification - Shelf Bra Tops | 62 | Stipulation sent to DOJ June 15, 2017. |
| Express LLC | 02-00822 | Classification - Shelf Bra Tops | 41 | Stipulation sent to DOJ June 15, 2017. |
| Express, Inc. | 06-00001 | Classification - Shelf Bra Tops | 51 | Stipulation sent to DOJ June 15, 2017. |
| Express, Inc. | 06-00197 | Classification - Shelf Bra Tops | 54 | Stipulation sent to DOJ June 15, 2017. |
| Hilti Inc. | 11-00011 | Drawback | 27 | Stipulation sent to DOJ on September 15, 2017 |
| Intimate Brands Inc. Victoria's Secret Catalog | 02-00225 | Classification - Shelf Bra Tops | 187 | Stipulation sent to DOJ April 19, 2017 |
| Jeri Jo | 02-00087 | Classification - Shelf Bra Tops | 11 | stipulation is being contemplated |

9607011
3018-0490001
August 2017

| PLAINTIFF | CIT No. | ISSUE | No. of ENTRIES | STATUS AS OF 2/15/2017 |
|---|---|---|---|---|
| Jeri Jo | 03-00036 | Classification - Shelf Bra Tops | 2 | stipulation is being contemplated |
| Jeri Jo | 04-00031 | Classification - Shelf Bra Tops | 12 | stipulation is being contemplated |
| Jeri-Jo | 03-00427 | Classification - Shelf Bra Tops | 54 | stipulation is being contemplated |
| Jeri-Jo | 04-00443 | Classification - Shelf Bra Tops | 15 | stipulation is being contemplated |
| Key West Lamps Co., | 09-00264 | DOUBLE ADD | 2 | Written request for reconsideration of rejection submitted to DOJ on 11/15/2016. |
| Lerner New York, Inc. | 05-00185 | Classification - Shelf Bra Tops | 12 | Stipulation sent to DOJ June 15, 2017. |
| Lerner New York, Inc. | 05-00412 | Classification - Shelf Bra Tops | 6 | Stipulation sent to DOJ June 15, 2017. |
| Lerner New York, Inc. | 07-00006 | Classification - Shelf Bra Tops | 70 | Stipulation sent to DOJ June 15, 2017. |
| Lerner New York, Inc. | 08-00188 | Classification - Shelf Bra Tops | 122 | Stipulation sent to DOJ June 15, 2017. |
| Lerner New York, Inc. | 08-00418 | Classification - Shelf Bra Tops | 118 | Stipulation sent to DOJ June 15, 2017. |
| Lerner New York, Inc. | 10-00052 | Classification - Shelf Bra Tops | 24 | Stipulation sent to DOJ June 15, 2017. |
| Lerner New York, Inc. | 11-00056 | Classification - Shelf Bra Tops | 72 | Stipulation sent to DOJ June 15, 2017. |
| Markwins Interational Inc. | 04-00599 | Classification - Cosmetic Sets | 49 | Proposed stipulation sent to DOJ June 22, 2017. On August 29, 2017, the government requested revisions and additional information. Plaintiff responded on November 6, 2017 by sending to DOJ a proposed reliquidation schedule covering alll entries in court. |
| Markwins International Inc | 03-00887 | Classification - Cosmetic Sets | 8 | Proposed stipulation sent to DOJ June 22, 2017. On August 29, 2017, the government requested revisions and additional information. Plaintiff responded on November 6, 2017 by sending to DOJ a proposed reliquidation schedule covering alll entries in court. |
| Markwins International Inc. | 05-00496 | Classification - Cosmetic Sets | 148 | Proposed stipulation sent to DOJ June 22, 2017. On August 29, 2017, the government requested revisions and additional information. Plaintiff responded on November 6, 2017 by sending to DOJ a proposed reliquidation schedule covering alll entries in court. |

9607011
3018-0490001
August 2017

| PLAINTIFF | CIT No. | ISSUE | No. of ENTRIES | STATUS AS OF 2/15/2017 |
|---|---|---|---|---|
| MARKWINS INT'L CORP. | 08-00282 | Classification - Cosmetic Sets | 1 | Proposed stipulation sent to DOJ June 22, 2017. On August 29, 2017, the government requested revisions and additional information. Plaintiff responded on November 6, 2017 by sending to DOJ a proposed reliquidation schedule covering alll entries in court. |
| MARKWINS INT'L CORP. | 10-00204 | Classification - Cosmetic Sets | 15 | Proposed stipulation sent to DOJ June 22, 2017. On August 29, 2017, the government requested revisions and additional information. Plaintiff responded on November 6, 2017 by sending to DOJ a proposed reliquidation schedule covering alll entries in court. |
| Mast Industries, Inc. | 01-00859 | Classification - Shelf Bra Tops | 10 | Stipulation sent to DOJ June 15, 2017. |
| Mast Industries, Inc. | 02-00198 | Classification - Shelf Bra Tops | 38 | Stipulation sent to DOJ June 15, 2017. |
| Mast Industries, Inc. | 02-00199 | Classification - Shelf Bra Tops | 93 | Stipulation sent to DOJ June 15, 2017. |
| Mast Industries, Inc. | 02-00200 | Classification - Shelf Bra Tops | 13 | Stipulation sent to DOJ June 15, 2017. |
| Mast Industries, Inc. | 03-00428 | Classification - Shelf Bra Tops | 21 | Stipulation sent to DOJ June 15, 2017. |
| Mast Industries, Inc. | 03-00714 | Classification - Shelf Bra Tops | 12 | Stipulation sent to DOJ June 15, 2017. |
| Mast Industries, Inc. | 03-00879 | Classification - Shelf Bra Tops | 62 | Stipulation sent to DOJ June 15, 2017. |
| Mast Industries, Inc. | 04-00274 | Classification - Shelf Bra Tops | 113 | Stipulation sent to DOJ June 15, 2017. |
| Mast Industries, Inc. | 05-00025 | Classification - Shelf Bra Tops | 25 | Stipulation sent to DOJ June 15, 2017. |
| Mast Industries, Inc. | 07-00112 | Classification - Shelf Bra Tops | 66 | Stipulation sent to DOJ June 15, 2017. |
| Mast Industries, Inc. | 07-00159 | Classification - Shelf Bra Tops | 39 | Stipulation sent to DOJ June 15, 2017. |
| Mast Industries, Inc. | 10-00053 | Classification - Shelf Bra Tops | 4 | Stipulation sent to DOJ June 15, 2017. |
| Mast Industries, Inc. | 10-00227 | Classification - Shelf Bra Tops | 46 | Stipulation sent to DOJ June 15, 2017. |

9607011
3018-0490001
August 2017

| PLAINTIFF | CIT No. | ISSUE | No. of ENTRIES | STATUS AS OF 2/15/2017 |
|---|---|---|---|---|
| MAST INDUSTRIES, INC. | 11-00024 | SHELF BRA | 107 | Stipulation sent to DOJ June 15, 2017. |
| One Step Up | 01-00598 | Classification - Shelf Bra Tops | 8 | Stipulation sent to DOJ 6/08/2016 |
| One Step Up | 02-00086 | Classification - Shelf Bra Tops | 3 | Stipulation sent to DOJ 6/08/2016 |
| One Step Up | 04-00033 | Classification - Shelf Bra Tops | 8 | Stipulation sent to DOJ 6/08/2016 |
| One Step Up | 04-00279 | Classification - Shelf Bra Tops | 35 | Stipulation sent to DOJ 6/08/2016 |
| One Step Up | 04-00397 | Classification - Shelf Bra Tops | 89 | Stipulation sent to DOJ 6/08/2016 |
| One Step Up | 05-00014 | Classification - Shelf Bra Tops | 93 | Stipulation sent to DOJ 6/08/2016 |
| One Step Up | 05-00376 | Classification - Shelf Bra Tops | 32 | Stipulation sent to DOJ 6/08/2016 |
| One Step Up | 05-00557 | Classification - Shelf Bra Tops | 20 | Stipulation sent to DOJ 6/08/2016 |
| One Step Up | 06-00060 | Classification - Shelf Bra Tops | 6 | Stipulation sent to DOJ 6/08/2016 |
| One Step Up | 06-00226 | Classification - Shelf Bra Tops | 5 | Stipulation sent to DOJ 6/08/2016 |
| Regatta USA | 03-00684 | Classification - Shelf Bra Tops | 26 | Stipulation sent to DOJ 10/18/2016 |
| Saramax | 00-00539 | Classification - Shelf Bra Tops | 4 | Stipulation sent to DOJ 5/8/2017 |
| Saramax Apparel Group Ltd. | 03-00897 | Classification - Shelf Bra Tops | 2 | Stipulation sent to DOJ 5/8/2017 |
| Saramax Apparel Group Ltd. | 04-00395 | Classification - Shelf Bra Tops | 19 | Stipulation sent to DOJ 5/8/2017 |
| Victoria's Secret | 05-00413 | Classification - Shelf Bra Tops | 103 | Stipulation sent to DOJ 4/18/2017 |

9607011
3018-0490001
August 2017

| PLAINTIFF | CIT No. | ISSUE | No. of ENTRIES | STATUS AS OF 2/15/2017 |
|---|---|---|---|---|
| Victoria's Secret Direct | 04-00275 | Classification - Shelf Bra Tops | 17 | Stipulation sent to DOJ 4/18/2017 |
| Victoria's Secret Direct | 04-00566 | Classification - Shelf Bra Tops | 87 | Stipulation sent to DOJ 4/18/2017 |
| Victoria's Secret Direct | 05-00186 | Classification - Shelf Bra Tops | 59 | Stipulation sent to DOJ 4/18/2017 |
| Victoria's Secret Direct | 05-00559 | Classification - Shelf Bra Tops | 25 | Stipulation sent to DOJ 4/18/2017 |
| Victoria's Secret Direct | 06-00062 | Classification - Shelf Bra Tops | 42 | Stipulation sent to DOJ 4/18/2017 |
| Victoria's Secret Direct | 06-00261 | Classification - Shelf Bra Tops | 189 | Stipulation sent to DOJ 4/18/2017 |
| Victoria's Secret Direct | 07-00007 | Classification - Shelf Bra Tops | 158 | Stipulation sent to DOJ 4/18/2017 |
| Victoria's Secret Direct | 07-00205 | Classification - Shelf Bra Tops | 65 | Stipulation sent to DOJ 4/18/2017 |
| Victoria's Secret Direct | 07-00414 | Classification - Shelf Bra Tops | 183 | Stipulation sent to DOJ 4/18/2017 |
| Victoria's Secret Direct | 08-00132 | Classification - Shelf Bra Tops | 47 | Stipulation sent to DOJ 4/18/2017 |
| Victoria's Secret Direct | 08-00310 | Classification - Shelf Bra Tops | 136 | Stipulation sent to DOJ 4/18/2017 |
| Victoria's Secret Direct | 09-00111 | Classification - Shelf Bra Tops | 6 | Stipulation sent to DOJ 4/18/2017 |
| Victoria's Secret Direct | 09-00145 | Classification - Shelf Bra Tops | 8 | Stipulation sent to DOJ 4/18/2017 |
| VIEWTECH INC. | 08-00250 | Classification - Digital Satellite receivers | 8 | Stipulation sent to DOJ 10/15/2015. Supplemental information provided 5/10/2017. |
| VIEWTECH INC. | 08-00252 | Classification - Digital Satellite receivers | 6 | Stipulation sent to DOJ 10/15/2015. Supplemental information provided 5/10/2017. |
| VIEWTECH INC. | 08-00253 | Classification - Digital Satellite receivers | 43 | Stipulation sent to DOJ 10/15/2015. Supplemental information provided 5/10/2017. |

9607011
3018-0490001
August 2017

CASES ASSIGNED TO JUDGE AQUILINO

| PLAINTIFF | CIT No. | ISSUE | No. of ENTRIES | STATUS AS OF 2/15/2017 |
|---|---|---|---|---|
| VIEWTECH INC. | 08-00254 | Classification - Digital Satellite receivers | 2 | Stipulation sent to DOJ 10/15/2015. Supplemental information provided 5/10/2017. |
| VIEWTECH INC. | 09-00116 | Classification - Digital Satellite receivers | 5 | Stipulation sent to DOJ 10/15/2015. Supplemental information provided 5/10/2017. |
| VIEWTECH INC. | 09-00146 | Classification - Digital Satellite receivers | 38 | Stipulation sent to DOJ 10/15/2015. Supplemental information provided 5/10/2017. |
| VIEWTECH INC. | 09-00173 | Classification - Digital Satellite receivers | 85 | Stipulation sent to DOJ 10/15/2015. Supplemental information provided 5/10/2017. |
| VIEWTECH INC. | 09-00419 | Classification - Digital Satellite receivers | 55 | Stipulation sent to DOJ 10/15/2015. DOJ requested additional information on 3/02/2017. Supplemental information provided 5/10/2017. |
| VIEWTECH INC. | 10-00112 | Classification - Digital Satellite receivers | 9 | Stipulation sent to DOJ 10/15/2015. DOJ requested additional information on 3/02/2017. Supplemental information provided 5/10/2017. |
| VIEWTECH INC. | 11-00008 | Digital Satellite receivers | 44 | Stipulation sent to DOJ 10/15/2015. Supplemental information provided 5/10/2017. |

9607011
3018-0490001
August 2017