UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HON. THOMAS J. AQUILINO, SENIOR JUDGE

```
-------------------------------------------------------------x
One Step Up,                                     :
                  Plaintiff,                     :
              v.                                 :    Court No.    05-00376
United States,                                   :
                  Defendant.                     :
-------------------------------------------------------------x
```

## COMPLAINT

1. Plaintiff is the importer of record.

2. The protests and summons herein were timely filed.

3. All liquidated duties, charges and exactions were paid prior to commencement of this action.

4. The imported merchandise at issue ("subject merchandise") is identified on attached Exhibit 1 by protest number, entry number, entry line number, style number, style description, HTSUS assessed, and HTSUS claimed.

5. The subject merchandise consists of ladies' knitted tops with a built-in shelf bra.

6. In liquidation, U.S. Customs and Border Protection ("Customs") classified the subject merchandise identified on Exhibit 1 under "Sweaters, pullovers, sweatshirts, waistcoats (vests) and similar articles, knitted or crocheted, of man-mad fibers" in subheading 6110.30.30 Harmonized Tariff Schedule of the United States ("HTSUS") at the rate of 32.2 percent ad valorem.

One Step Up v. United States, CIT No. 05-00014

7. The subject merchandise identified on Exhibit 1 is classifiable as "Other garments, knitted or crocheted, of man-made fibers" under subheading 6114.30.10, HTSUS, at the rate of 28.6 percent ad valorem.

8. The subject merchandise is similar to the merchandise at issue in *Victoria's Secret Direct, LLC v. United States*, 908 F. Supp. 2d 1332 (Ct. Int'l. Trade 2013) and *Lerner N.Y., Inc. v. United States*, 908 F. Supp. 2d 1313 (Ct. Int'l. Trade 2013), *aff'd. Victoria's Secret, LLC. V. United States*, 908 F.3d 1102 (Fed. Cir. 2014), wherein the court held that knitted outer garments which provide significant body coverage and bust support are classifiable under heading 6114, HTSUS.

**WHEREFORE**, plaintiff respectfully requests that this Court render judgment in its favor and direct Customs to (1) reliquidate each entry identified on Exhibit 1 with identified style number, classifying each style number identified for that entry as indicated above and (2) refund the excess duties collected with lawful interest.

Respectfully submitted,

GRUNFELD, DESIDERIO, LEBOWITZ
SILVERMAN & KLESTADT, LLP
Attorneys for Plaintiff
599 Lexington Avenue
36th Floor
New York, New York 10022
Tel. (212) 557-4000

/s/    Robert F. Seely
Robert B. Silverman
Alan R. Klestadt

Dated: New York, New York
March 12, 2022

One Step Up v. United States, CIT No. 05-00014

# EXHIBIT 1

**Port:   New York/Newark (4601)**

**Summons Filed CIT NO. 05-00376: 6/03/2005**

\* Entries and entry lines marked with an asterisk are abandoned and not subject to stipulation of judgment.

| Protest No. | Entry No. | Entry Line | Style No. | Description | ASSESSED HTSUS | CLAIMED/AGREED HTSUS |
|---|---|---|---|---|---|---|
| 4601-04-102235 | 113-2527389-1* | | | | | |
| 4601-04-102236 | 113-2479340-2* | | | | | |
| 4601-04-102237 | 109-0568778-5* | | | | | |
| 4601-04-102238 | 109-0568777-7* | | | | | |
| 4601-04-102239 | 109-0571987-7* | | | | | |
| 4601-04-102240 | 109-0571988-5* | | | | | |
| 4601-05-100003 | 113-2550298-4* | | | | | |
| 4601-05-100004 | 109-0578694-2* | | | | | |
| 4601-05-100005 | 109-0580258-2* | | | | | |
| 4601-05-100006 | 109-0580259-0* | | | | | |

One Step Up v. United States, CIT No. 05-00014

| | | | | | | |
|---|---|---|---|---|---|---|
| 4601-05-100008 | 109-0579915-0* | | | | | |
| 4601-05-100009 | 109-0579191-8* | | | | | |
| 4601-05-100011 | 113-2561204-9* | | | | | |
| 4601-05-100012 | 109-0577875-8* | | | | | |
| 4601-05-100013 | 109-0575799-2* | | | | | |
| 4601-05-100014 | 113-2529413-7* | | | | | |
| 4601-05-100015 | 109-0574681-3* | | | | | |
| 4601-05-100016 | 109-0575800-8* | | | | | |
| 4601-05-100017 | 109-0582015-4* | | | | | |
| 4601-05-100018 | 113-2602379-0* | | | | | |
| 4601-05-100019 | 113-2601032-6* | | | | | |
| 4601-05-100349 | 113-2632393-5* | | | | | |
| 4601-05-100351 | 109-0582094-9* | | | | | |
| 4601-05-100354 | 109-0580618-7* | | | | | |

4

One Step Up v. United States, CIT No. 05-00014

| | |
|---|---|
| 4601-05-100355 | 109-0580619-5* |
| 4601-05-100356 | 109-0580621-1* |
| 4601-05-100357 | 109-0580620-3* |
| 4601-05-100358 | 109-0580616-1* |
| 4601-05-100359 | 109-0580617-9* |

**Port:   Los Angeles, CA (2704)**

**Summons Filed CIT NO. 05-00376: 6/03/2005**

* Entries and entry lines marked with an asterisk are abandoned and not subject to stipulation of judgment.

| Protest No. | Entry No. | Entry Line | Style No. | Description | ASSESSED HTSUS | CLAIMED/AGREED HTSUS |
|---|---|---|---|---|---|---|
| 2704-04-102506 | 175-3017407-1* | 001 | | | | |
| 2704-04-102506 | 175-3017407-1 | 002 | 39004AS-X | LADIES 65% POLYESTER, 35% COTTON KNITTED BLOUSE | 6110.30.3055 | 6114.30.10 |

5

One Step Up v. United States, CIT No. 05-00014

| 2704-04-102506 | 175-3017407-1 | 002 | 39004BS-X | LADIES 65% POLYESTER, 35% COTTON KNITTED BLOUSE | 6110.30.3055 | 6114.30.10 |
|---|---|---|---|---|---|---|
| 2704-04-102506 | 175-3017407-1 | 002 | 39004CS-X | LADIES 65% POLYESTER, 35% COTTON KNITTED BLOUSE | 6110.30.3055 | 6114.30.10 |
| 2704-04-102506 | 175-3017407-1 | 002 | 39004DS-X | LADIES 65% POLYESTER, 35% COTTON KNITTED BLOUSE | 6110.30.3055 | 6114.30.10 |
| 2704-04-102506 | 175-3017407-1 | 002 | 39004ES-X | LADIES 65% POLYESTER, 35% COTTON KNITTED BLOUSE | 6110.30.3055 | 6114.30.10 |
| 2704-04-102834 | 175-3019622-3* | | | | | |
| 2704-05-100394 | 175-3018947-5* | | | | | |

11505052_1